NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 17-222


SIMPLE ENTERPRISES, INC., ET AL.

VERSUS

TEXAS PROPERTY, LLC, ET AL.


**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. C-20135599
HONORABLE LAURIE A. HULIN, DISTRICT JUDGE

**********

JOHN E. CONERY
JUDGE

**********

Court composed of Elizabeth A. Pickett, John E. Conery, and Candyce G. Perret, Judges.


APPEAL DISMISSED, WITHOUT PREJUDICE,
CASE REMANDED TO THE TRIAL COURT.

**Ike Huval**
**Duhon Law Firm**
**Post Office Box 52566**
**Lafayette, Louisiana 70505**
**(337) 237-9868**
**COUNSEL FOR DEFENDANT/APPELLEE:**
  **Texas Property, LLC**

**Eric Scott Neumann**
**Attorney at Law**
**Post Office Box 2220**
**Lafayette, Louisiana 70502-2220**
**(337) 237-1113**
**COUNSEL FOR DEFENDANT/APPELLEE:**
  **Nedal Qamhiyeh**

**Dustin B. Gibson**
**Attorney at Law**
**1538 West Pinhook, Suite 103**
**Lafayette, Louisiana 70503**
**(337) 501-2418**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
  **Simple Enterprises, Inc.**
  **Nolton J. Dalcourt, Jr.**

**CONERY, Judge.**

The Judgment at issue lacks proper decretal language. The appeal is dismissed without prejudice and this case is remanded to the trial court for preparation of a proper final judgment with appropriate decretal language in accordance with the law. *See Thomas v. Lafayette Parish Sch. Sys.*, 13-91 (La.App. 3 Cir. 3/6/13), 128 So.3d 1055.

> However, we note that this court has stated that "[a] valid judgment must be precise, definite, and certain. A final appealable judgment must contain **decretal language**, and it must name the party in favor of whom the ruling is ordered, the party against whom the ruling is ordered, and the relief that is granted or denied." *State v. White,* 05-718 (La.App. 3 Cir. 2/1/06), 921 So.2d 1144, 1146. Moreover, a judgment cannot require reference to extrinsic documents or pleading in order to discern the court's ruling. *Vanderbrook v. Coachmen Industries, Inc.,* 2001-809 (La.App. 1 Cir. 5/10/02), 818 So.2d 906.

*Thomas,* 128 So.3d at 1056 (emphasis added); *See also Stutes v. Greenwood Motor Lines, Inc.*, 17-53, (La.App. 3 Cir. 3/8/17), 215 So.3d 287; *Holland v. Holland*, 16-117 (La.App. 3 Cir. 4/6/16), 188 So.3d 484; *Urquhart v. Spencer,* 15-1354, 15-1355 (La.App. 4 Cir. 12/1/16), 204 So.3d 1074; *Morraz–Blandon v. Voiron*, 16-122, (La.App. 5 Cir. 8/25/16), 199 So.3d 1220; and *Fortenberry v. Cont'l Cas. Co.,* 14-953, (La.App. 3 Cir. 10/15/14) (unpublished opinion).

In the interest of judicial economy, within thirty (30) days of this ruling, and **by stipulation of all counsel,** the record may remain lodged in this court and the final judgment on remand may be added to supplement this record, with the matter then being docketed for final disposition by this panel.

**APPEAL DISMISSED WITHOUT PREJUDICE, CASE REMANDED TO THE TRIAL COURT.**

**This opinion is NOT DESIGNATED FOR PUBLICATION.** Uniform Rules—Courts of Appeal, Rule 2-13.3.